KARLI SAGER (CABN 234819)
LAW OFFICE OF KARLI SAGER
740A 14th Street #435
San Francisco, CA  94114
Telephone:  (415) 621-6468
Fax: (415) 373-4666
E-Mail: karli@karlisagerlaw.com

Attorney for JONATON GODOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>JONATON GODOY,<br><br>  Defendant | No. CR 12-00274-SBA<br>No. MAG 12-70395<br><br>**STIPULATION AND [PROPOSED]<br>ORDER VACATING DETENTION<br>HEARING** |

   A detention hearing is presently set for May 23, 2012.  Defendant waives the detention hearing without prejudice to raising the matter in future proceedings.  Defendant also waives written findings on detention.

   Accordingly, the parties have agreed that the detention hearing be vacated.  The next court date is the case status hearing set for May 30, 2012.

IT IS SO STIPULATED:

DATED: March 22, 2012            _____/s/_____
                                 KARLI SAGER
                                 Attorney for Defendant

DATED: March 22, 2012            _____/s/_____
                                 CYNTHIA FREY
                                 Assistant United States Attorney

IT IS SO ORDERED.



DATED: 5/22/2012                 _____
                                 HON. DONNA M. RYU
                                 United States Magistrate Judge