MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (DCBN 475889)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00274 SBA |
|---|---|---|
| v. | ) ) ) ) ) | STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 24, 2013 AND ORDER |
| JONATON GODOY,<br>    Defendant. | ) ) ) ) | Date: January 22, 2013<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on January 22, 2013 before this Court for change of plea and sentencing. The parties request that this Court vacate that date as to defendant Jonaton Godoy, and set this matter for change of plea on January 24, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED: January 16, 2013

   /S/
CYNTHIA M. FREY
Assistant United States Attorney
Counsel for United States

   /S/
KARLI SAGER
Counsel for Jonaton Godoy

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 24, 2013
No. CR 12-00274 SBA

1  **IT IS HEREBY ORDERED** that this matter as to defendant Jonaton Godoy is set for
2  change of plea on January 24, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

4  DATED:  1/17/13                             *Saundra B Armstrong*
                                               HON. SAUNDRA BROWN ARMSTRONG
5                                              United States District Court Judge