```
STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.frey@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATAN GODOY,<br><br>    Defendant. | NO. CR 12-0274 SBA<br><br>STIPULATION TO CONTINUE FROM FEBRUARY 17, 2023 TO MARCH 2, 2023 AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant **Jonatan Godoy**, that the next status conference on the supervised release violation before the Honorable Magistrate Judge Ryu be continued from February 17, 2023 to March 2, 2023 before the Honorable Magistrate Judge Westmore, due to scheduling conflicts of counsel. United States Probation has also agreed to continue the matter to this date.

//

//

//

//

STIPULATION TO CONTINUE ORDER
Case No. CR 12-0274 SBA
    v. 7/10/2018

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 2/9/2023

          /s/
CYNTHIA FREY
Assistant United States Attorney

DATED: 2/9/2023

          /s/
DENA YOUNG
Counsel for Defendant JONATAN GODOY

### ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court hereby orders that the above-captioned matter be continued to March 2, 2023 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  February 10, 2023

IT IS SO ORDERED
*Judge Donna M. Ryu*

DONNA M. RYU
United States Magistrate Judge

STIPULATION TO CONTINUE ORDER
Case No. CR 12-0274 SBA
v. 7/10/2018